## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:13CR380** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CYNETHIA LIGGINS and** | ) | |
| **CHARLES TOLES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of defendant Cynethia Liggins (Liggins) to continue the trial setting (Filing No. 46 - Sealed).  Previously, Liggins was scheduled for trial on May 12, 2014.  Subsequently, co-defendant Charles Toles (Toles) was given until May 12, 2014, in which to file pretrial motions (Filing No. 37).  Accordingly, Liggins' motion to continue trial will be granted and the trial will be continued *sine die*.  A joint trial of Liggins and Toles will be scheduled following the disposition of any pretrial motions by Toles or the expiration of his pretrial motion deadline.

**IT IS SO ORDERED.**

DATED this 7th day of May, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge