### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:10CR354 |
| Plaintiff, ) | |
| v. ) | REASSIGNMENT ORDER |
| CHARLES TOLES, ) | |
| Defendant. ) | |

It has come to this Court's attention that Case No. 8:13CR380 and Case No. 8:10CR354 are related. Accordingly,

IT IS ORDERED:

1. The above case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters;

2. The hearing scheduled before the undersigned for June 12, 2014 is cancelled; and

2. The Clerk of the Court will file this order in Case No. 8:13CR380.

DATED this 9th day of June, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge